UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:24-MJ-6065 PLC |
| | ) 2:24-MJ-7038 EIL (CD/IL) |
| ERIC COLE, | ) |
| Defendant. | ) |

## ORDER

Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A (c) and, the Criminal Justice Act Plan for the Eastern District of Missouri, IV, B, the Federal Public Defender for this District is hereby appointed to represent the above-named defendant for:

[✓] The initial appearance only.

[ ] All further proceedings in this case.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of March, 2024